THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Stanley B. Carter,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,           
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenwood County
Wyatt T. Saunders, Trial Judge
James W. Johnson, Jr., Post-Conviction 
 Relief Judge

Memorandum Opinion No. 2005-MO-004
Submitted January 11, 2005  Filed January 
 24, 2005

DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of the South Carolina Office 
 of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant 
 Attorney General Christopher L. Newton, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR judges finding 
 that petitioner did not knowingly and intelligently waive his right to a direct 
 appeal, we grant certiorari and proceed with a review of the direct appeal issue 
 pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, after a review 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion 
 to be relieved is granted.
 DISMISSED.
  TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, 
 JJ., concur.